IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ADRIAN BELL,

    Petitioner,    JUDGMENT IN A CIVIL CASE

v.    Case No. 09-cv-666-bbc

UNITED STATES OF AMERICA,

    Respondent.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that petitioner Adrian Bell's motion for post conviction relief under 28 U.S.C. § 2255 is denied as to all claims except as to his claim that he is not an Armed Career Criminal under 18 U.S.C. 924(e) and should not have been sentenced as one because he does not have prior convictions for three crimes of violence as required under the statute.

    Approved as to form this 28th day of May, 2010.

*Barbara B. Crabb*
BARBARA B. CRABB, District Judge


*Peter Oppeneer*    MAY 28 2010
Peter Oppeneer, Clerk of Court    Date